United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 7:24–mj–01702 |
| § | |
| Gurvinder Singh § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as the delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of an action, or a finding of contempt.

It is so **ORDERED**.

**SIGNED** the 30th of September 2024 at McAllen, Texas.

_____
Nadia S. Medrano
United States Magistrate Judge